# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| FRANKIE WAYNE POPE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-72 |
| | * | |
| v. | * | |
| | * | |
| WARDEN MARTY ALLEN, et al., | * | |
| | * | |
| Defendant. | * | |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's August 25, 2017, Report and Recommendation, dkt. no. 9, to which Plaintiff filed Objections, dkt. no. 11. Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Amended Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 23 day of October, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)